# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

**DORIS THARPE, d/b/a**
**OAK HILL CAFE,**

Plaintiff,

CASE NUMBER: 1:13-cv-1191-JDB-egb

v.

**UNITED STATES LIABILITY**
**INSURANCE COMPANY,**

Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Agreed Order of Dismissal entered on 4/23/2014 in the above-styled matter, this case is hereby dismissed with prejudice. The Court will retain jurisdiction for the sole purpose of enforcement of said settlement agreement. No discretionary costs will be applied for or awarded

**APPROVED:**

                                              s/J. Daniel Breen
                                              **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**